UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLERK
US DISTRICT & BANKRUPTCY
COURTS

2008 APR -4 PM 10: 09

RECEIVED

| | |
|---|---|
| **REBECCA A. BRUNOTTE,** ) <br> 864 N. Kentucky St. ) <br> Arlington, VA 22205 ) <br> ) <br> **PLAINTIFF** ) <br> ) <br> v. ) <br> ) <br> **LURITA ALEXIS DOAN,** ) <br> Administrator ) <br> General Services Administration, ) <br> 1800 F St., N.W. ) <br> Washington, DC 20407 ) <br> ) <br> **DEFENDANT** ) <br> ) | Case No. _____ |

## PLAINTIFF'S MOTION TO FILE COMPLAINT NUNC PRO TUNC

Plaintiff respectfully moves, pursuant to Fed. R. Civ. P. 3, to file her Complaint *nunc pro tunc*, effective March 28, 2008. On March 28, 2008, an agent of the undersigned filed Plaintiff's Complaint signed by Joseph V. Kaplan, Esq. (D.C. Bar Number 347344). See Attachment 1. On April 4, 2008, Mr. Kaplan received an Order from Chief Judge Thomas F. Hogan, dated April 1, 2008, informing him that the Court could not accept the aforementioned pleading because Mr. Kaplan was no longer in good standing with the Bar of this Court. Although the Order claims that the Court attempted to reach Mr. Kaplan on three separate dates, Mr. Kaplan did not receive those telephone calls or voicemail messages since he has been largely out of the office serving as lead counsel in an arbitration hearing since March 24, 2008. Until today, Mr. Kaplan had no notice he was not in good standing with the Bar of this Court, and will submit any required filings and fees expeditiously. Therefore, Plaintiff respectfully requests that she be permitted to

1

file her Complaint by and through the undersigned, with a filing date of March 28, 2008. An order consistent with this relief accompanies this motion.

|  |  |
|---|---|
| April 4, 2008 | Respectfully submitted,<br><br>*Edward H. Passman*<br>Edward H. Passman<br>D.C. Bar No. 101840<br>PASSMAN & KAPLAN, P.C.<br>1090 Vermont Avenue, N.W., Suite 500<br>Washington, D.C. 20005<br>TEL: (202) 789-0100<br>FAX: (202) 789-0101<br>Attorney for the Plaintiff |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| REBECCA A. BRUNOTTE,<br>864 N. Kentucky St.<br>Arlington, VA 22205<br><br>PLAINTIFF<br><br>v.<br><br>LURITA ALEXIS DOAN,<br>Administrator<br>General Services Administration,<br>1800 F St., N.W.<br>Washington, DC 20407<br><br>DEFENDANT | Case No. _____ |

## ORDER

Plaintiff's Motion to File Complaint Nunc Pro Tunc is hereby GRANTED. The effective filing date of Plaintiff's Complaint is March 28, 2008. The Defendant must provide a response to the Plaintiff's Complaint based upon the date of this Order.

**SO ORDERED.**

_____          _____
Date                                                                 Chief Judge Thomas F. Hogan
                                                                             United States District Court Judge