UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REBECCA A. BRUNOTTE,**<br><br>             **Plaintiff,**<br><br>             **v.**<br><br>**LURITA ALEXIS DOAN,**<br>**Administrator, General Services**<br>**Administration,**<br><br>             **Defendant.** | Civil Action 08-00587 (HHK) |

**ORDER**

Before the court is plaintiff's motion to file her complaint *nunc pro tunc* [#3]. This motion fails to comply with LCvR 7(a), which requires that "[e]ach motion shall include or be accompanied by a statement of the specific points of law and authority that support the motion." Because the motion fails to cite any applicable authority, it fails to comply with the Local Rule. Accordingly, is this 10th day of April 2008, hereby

    **ORDERED** that the motion [#3] is **DENIED** without prejudice.

                                            Henry H. Kennedy, Jr.
                                            United States District Judge