UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA A. BRUNOTTE,<br><br>PLAINTIFF,<br><br>v.<br><br>DAVID L. BIBB,<br>Acting Administrator,<br>General Services Administration,<br><br>DEFENDANT.[1] | Civil Action 08-00587 (HHK) |

**DECLARATION OF PROOF OF SERVICE UPON THE DEFENDANT
GENERAL SERVICES ADMINISTRATION IN ACCORDANCE WITH FEDERAL
RULE OF CIVIL PROCEDURE 4(I)(1)**

1. My name is Ricardo J.A. Pitts-Wiley, and I am over 18 years of age. I am an associate of the law firm of Passman & Kaplan, P.C. My business address is 1090 Vermont Avenue, N.W., Suite 500, Washington, D.C., 20005.

2. Pursuant to Federal Rule of Civil Procedure 4(i)(1)(C), service Administrator Lurita Alexis Doan of the General Services Administration was effected by sending a copy of the complaint, summons, and initial order by certified mail, return receipt requested to Lurita Alexis Doan, Administrator, General Services Administration, 1800 F Street NW, Washington, D.C. 20407. I have received the receipt for the certified mail, No. 7162 0642 7440 3000 9548 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on April 15, 2008.

3. I am executing this Declaration in the District of Columbia.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on May 5, 2008.

5/5/2008
Dated

Ricardo J.A. Pitts-Wiley

---

[1]   Ms. Doan was the Administrator of the General Services Administration as of the date of filing of Plaintiff's Complaint in this matter and as of the date of service upon Ms. Doan. Ms. Doan subsequently resigned her position, effective on or about April 30, 2008. Mr. Bibb is presently serving as Acting Administrator in Ms. Doan's stead.

## CERTIFICATE OF SERVICE

I hereby certify that, on this 5th day of May, 2008, I caused a copy of the foregoing Declaration, with attachment, to be served, by certified mail, return receipt requested, upon the following:

David L. Bibb
Acting Administrator
General Services Administration
1800 F Street, NW
Washington, D.C. 20407

Attorney General Michael B. Mukasey
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

U.S. Attorney Jeffrey A. Taylor
U.S. Attorney's Office for the District of Columbia
Judiciary Center Building
555 Fourth Street, NW
Washington, D.C. 20530

_/s/ Ricardo A. Pitts-Wiley_
Ricardo A. Pitts-Wiley

