## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **REBECCA A. BRUNOTTE,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | **Civil Action 08-00587 (HHK)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DAVID L. BIBB,** | ) | |
| Acting Administrator, | ) | |
| General Services Administration, | ) | |
| | ) | |
| **DEFENDANT.**[1] | ) | |
| | ) | |

### DECLARATION OF PROOF OF SERVICE UPON THE UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA IN ACCORDANCE WITH FEDERAL RULE OF CIVIL PROCEDURE 4(l)(1)

1. My name is Ricardo J.A. Pitts-Wiley, and I am over 18 years of age. I am an associate of the law firm of Passman & Kaplan, P.C. My business address is 1090 Vermont Avenue, N.W., Suite 500, Washington, D.C., 20005.

2. Pursuant to Federal Rule of Civil Procedure 4(i)(1)(A)(ii), service upon the U.S. Attorney for the District of Columbia was effected by sending a copy of the complaint, summons, and initial order by certified mail, return receipt requested to U.S. Attorney Jeffrey A. Taylor, U.S. Attorney's Office for the District of Columbia, Judiciary Square Building, 555 Fourth Street NW, Washington, D.C. 20530. I have received the receipt for the certified mail, No. 7162 0642 7440 3000 9555 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on April 21, 2008.

3. I am executing this Declaration in the District of Columbia.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on May 5, 2008.

5/5/2008
Dated

Ricardo J.A. Pitts-Wiley

---

[1]    Ms. Doan was the Administrator of the General Services Administration as of the date of filing of Plaintiff's Complaint in this matter and as of the date of service upon Ms. Doan. Ms. Doan subsequently resigned her position, effective on or about April 30, 2008. Mr. Bibb is presently serving as Acting Administrator in Ms. Doan's stead.

## CERTIFICATE OF SERVICE

I hereby certify that, on this 5th day of May, 2008, I caused a copy of the foregoing Declaration, with attachment, to be served, by certified mail, return receipt requested, upon the following:

> David L. Bibb
> Acting Administrator
> General Services Administration
> 1800 F Street, NW
> Washington, D.C. 20407
>
> Attorney General Michael B. Mukasey
> Office of the Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530-0001
>
> U.S. Attorney Jeffrey A. Taylor
> U.S. Attorney's Office for the District of Columbia
> Judiciary Center Building
> 555 Fourth Street, NW
> Washington, DC 20530

Ricardo J.X. Pitts-Wiley



PASSMAN & KAPLAN P.C.
1090 VERMONT AVENUE, NW
SUITE 500
WASHINGTON, DC 20005
02000001 62064-2744

4. Restricted Delivery? (Extra Fee) ☐ Yes

3. Service Type
CERTIFIED

2. Article Number
7162 0642 7440 3000 9555

7162 0642 7440 3000 9555

1. Article Addressed To:

U.S. ATTORNEY JEFFREY A. TAYLOR
U.S. ATTORNEY'S OFFICE FOR THE DIST
JUDICIARY CENTER BUILDING
555 FOURTH STREET, NW
WASHINGTON DC 20530

COMPLETE THIS SECTION ON DELIVERY

A. Signature (Please Print Clearly) ☐ Addressee or ☐ Agent)
X

B. Received By: (Please Print Clearly)

C. Date of Delivery
APR 2 1 2008

D. Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City                    State        ZIP + 4 Code