## AMENDED CERTIFICATE OF SERVICE

I hereby certify that, on this 13th day of May, 2008, I caused a copy of the Plaintiff's Renewed Motion to File Complaint *Nunc Pro Tunc* (with proposed Order) to be served, by certified mail, return receipt requested, upon the following:

>David L. Bibb
>Acting Administrator
>General Services Administration
>1800 F Street, NW
>Washington, D.C. 20407

I hereby certify that, on this 13th day of May, 2008, I caused a copy of this Amended Certificate of Service to be served, by certified mail, return receipt requested, upon the following:

>Attorney General Michael B. Mukasey
>Office of the Attorney General
>U.S. Department of Justice
>950 Pennsylvania Avenue, NW
>Washington, DC 20530-0001
>
>U.S. Attorney Jeffrey A. Taylor
>U.S. Attorney's Office for the District of Columbia
>Judiciary Center Building
>555 Fourth Street, NW
>Washington, DC 20530

_____
Andrew J. Perlmutter