## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REBECCA A. BRUNOTTE** | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Civil Action No.  08-0587 (HHK)** |
| **V.** | ) |
| | ) **ECF** |
| **LURITA ALEXIS DOAN** | ) |
| **Administrator, General Services** | ) |
| **Administration** | ) |
| **Defendant.** | ) |
| | ) |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

In accordance with Federal Rule of Civil Procedure 6(b)(1), defendant, General Services Administration (GSA), by and through undersigned counsel, respectfully requests that the Court extend the time by which the defendant  shall answer, move, or otherwise plead to Plaintiff's Complaint until June 23, 2008.  The answer is otherwise due on Friday May 23, 2008.  This is defendant's first request for an extension to answer or otherwise plead.  Pursuant to local Rule 7(m), undersigned counsel has contacted Plaintiff's counsel to ascertain his position on this motion. Plaintiff's counsel has not responded as of the close of business, May 19, 2008.

The plaintiff brought this action against the GSA, pursuant to the Privacy Act.  This extension will allow counsel for Defendant to properly confer with the Administration, and to further investigate and review all of the facts and circumstances surrounding the allegations in the complaint.

Accordingly, the Defendant's request for an extension of time until June 23, 2008, to respond to Plaintiff's Complaint, is made for good cause and not to cause undue  delay of the proceedings.

Respectfully submitted,


/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

Counsel for Defendant