UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA A. BRUNOTTE,<br><br>PLAINTIFF,<br><br>v.<br><br>DAVID L. BIBB,<br>Acting Administrator,<br>General Services Administration,<br><br>DEFENDANT. | Civil Action 08-00587 (HHK) |

**NOTICE OF INTENT NOT TO OPPOSE DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Plaintiff Rebecca A. Brunotte, through undersigned counsel, does not oppose Defendant's Motion for Extension of Time to Answer, Move or Otherwise Plead to Plaintiff's Complaint in the above-captioned matter.

May 22, 2008

Respectfully Submitted,

    /S/ Andrew J. Perlmutter
Andrew J. Perlmutter
D.C. Bar No. 489601
PASSMAN & KAPLAN, P.C.
1090 Vermont Avenue, NW, Suite 500
Washington, D.C. 20005
TEL:  (202) 789-0100 ext. 101
FAX:  (202) 789-0101
aperlmutter@passmanandkaplan.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 22nd day of May, 2008, I caused a copy of the foregoing Notice to be served, by certified mail, return receipt requested, upon the following:

>David L. Bibb
>Acting Administrator
>General Services Administration
>1800 F Street, NW
>Washington, D.C. 20407
>
>Attorney General Michael B. Mukasey
>Office of the Attorney General
>U.S. Department of Justice
>950 Pennsylvania Avenue, NW
>Washington, DC 20530-0001
>
>U.S. Attorney Jeffrey A. Taylor
>U.S. Attorney's Office for the District of Columbia
>Judiciary Center Building
>555 Fourth Street, NW
>Washington, DC 20530

                                                          /S/ Andrew J. Perlmutter
                                                          Andrew J. Perlmutter