UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA A. BRUNOTTE,<br><br>PLAINTIFF,<br><br>v.<br><br>DAVID L. BIBB,<br>Acting Administrator,<br>General Services Administration,<br><br>DEFENDANT. | Civil Action 08-00587 (HHK) |

### NOTICE OF APPEARANCE

Pursuant to LCvR 83.6(a), please enter the appearance of Joseph V. Kaplan, a member of the Bar of this Court whose contact information appears below, as lead counsel for the Plaintiff, Ms. Brunotte, in the above-captioned matter.

May 22, 2008

Respectfully Submitted,

/S/ Joseph V. Kaplan
Joseph V. Kaplan
D.C. Bar No. 347344
PASSMAN & KAPLAN, P.C.
1090 Vermont Avenue, N.W., Suite 500
Washington, D.C. 20005
TEL: (202) 789-0100
FAX: (202) 789-0101
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that, on this 22nd day of May, 2008, I caused a copy of the foregoing Notice of Appearance to be served, by certified mail, return receipt requested, upon the following:

>David L. Bibb
>Acting Administrator
>General Services Administration
>1800 F Street, NW
>Washington, D.C. 20407
>
>Attorney General Michael B. Mukasey
>Office of the Attorney General
>U.S. Department of Justice
>950 Pennsylvania Avenue, NW
>Washington, DC 20530-0001
>
>U.S. Attorney Jeffrey A. Taylor
>U.S. Attorney's Office for the District of Columbia
>Judiciary Center Building
>555 Fourth Street, NW
>Washington, DC 20530

>>/S/ Andrew J. Perlmutter
>>Andrew J. Perlmutter