UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA A. BRUNOTTE, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> DAVID L. BIBB, ) <br> Acting Administrator, ) <br> General Services Administration, ) <br> ) <br> DEFENDANT. ) <br> ) | Civil Action 08-00587 (HHK) |

## NOTICE OF WITHDRAWAL

Pursuant to LCvR 83.6(b), undersigned counsel respectfully withdraws his appearance as counsel for the Plaintiff, Ms. Brunotte, in the above-captioned matter. Two other attorneys, Andrew J. Perlmutter and Joseph V. Kaplan, have entered their appearances on behalf of Plaintiff on May 13, 2008 and May 22, 2008, respectively. As of the date of this Notice, no trial date has been set in the above-captioned matter.

May 22, 2008                                               Respectfully Submitted,


_____
Rebecca A. Brunotte


   /S/ Edward H. Passman
Edward H. Passman
D.C. Bar No. 101840
PASSMAN & KAPLAN, P.C.
1090 Vermont Avenue, N.W., Suite 500
Washington, D.C. 20005
TEL: (202) 789-0100
FAX: (202) 789-0101
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that, on this 22nd day of May, 2008, I caused a copy of the foregoing Notice of Withdrawal to be served, by certified mail, return receipt requested, upon the following:

>David L. Bibb
>Acting Administrator
>General Services Administration
>1800 F Street, NW
>Washington, D.C. 20407
>
>Attorney General Michael B. Mukasey
>Office of the Attorney General
>U.S. Department of Justice
>950 Pennsylvania Avenue, NW
>Washington, DC 20530-0001
>
>U.S. Attorney Jeffrey A. Taylor
>U.S. Attorney's Office for the District of Columbia
>Judiciary Center Building
>555 Fourth Street, NW
>Washington, DC 20530

                                                    /S/ Andrew J. Perlmutter
                                                  Andrew J. Perlmutter