UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA A. BRUNOTTE,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID L. BIBB, Acting Administrator,<br>General Services Administration,<br><br>    Defendant. | Civil Action 08-00587  (HHK) |

### ORDER

Before the complaint in this action was served, plaintiff filed a motion captioned "PLAINTIFF'S MOTION TO FILE COMPLAINT NUNC PRO TUNC." It is this 29th day of May 2008, hereby

**ORDERED** that if defendant opposes this motion he must file his opposition by no later than June 2, 2008.

.

                       Henry H. Kennedy, Jr.
                       United States District Judge