IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA A. BRUNOTTE | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civil Action No. 08-0587 (FJS) |
| V. | ) |
| | ) ECF |
| DAN M. TANGHERLINI | ) |
| Acting Administrator, General Services | ) |
| Administration | ) |
| **Defendant.** | ) |
| _____ | ) |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed, by and between Plaintiff Rebecca Brunotte and Defendant Dan M. Tangherlini, Acting Administrator, General Services Administration, through their respective counsel, that this action is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and in accordance with a settlement agreement fully executed by the parties.

Respectfully submitted,

  /s/
_____
JOSEPH V. KAPLAN                                                  RONALD C. MACHEN, JR.,
D.C. BAR # 347344                                                      D.C. BAR # 447889
ANDREW J. PERLMUTTER                                        United States Attorney
D.C. BAR # 489601                                                      for the District of Columbia

1

PASSMAN & KAPLAN, P.C.
1828 L Street NW, Suite 600
Washington, D.C. 20036
(202) 789-0100
aperlmutter@passmanandkaplan.com

DANIEL F. VAN HORN,
D.C. BAR # 924092
Chief, Civil Division

Attorneys for the Plaintiff

By: _____/s/_____-
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
(202) 305-1334
heather.graham-oliver@usdoj.gov

Attorneys for Defendant.

So Ordered:

**Frederick J. Scullin, Jr.**
**Senior U.S. District Judge**

March 7, 2013